IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
QUANTAVIOUS STODDART,        )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )        1:22cv490-MHT
                             )            (WO)
INVESTIGATOR DODSON,         )
Dothan Police Department,    )
                             )
        Defendant.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of false arrest and false imprisonment due to the defendant Dothan Police Department investigator's allegedly supplying false information to obtain a warrant for plaintiff's arrest. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2